UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CIVIL MINUTES-GENERAL

Case No.   CV03-6610-SVW(SSx)                                 Date: March 9, 2004

Title: <u>SG Services, Inc., vs. Michael O'Neill, et al.</u>

---

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                          N/A

PROCEEDINGS:   IN CHAMBERS

On February 20, 2004, the Court ordered plaintiff to show cause no later than March 5, 2004 why this case should not be dismissed for lack of prosecution.

On March 4, 2004, plaintiff filed its Motion for Default Judgment Against Defendant Chad Grant. The Court discharges the OSC for this defendant only.

There being no response to the Court's order for defendants Michael O'Neill and Gwineth Liston, the Court hereby dismisses this action against these two defendants.



Initials of Preparer _____



CV-90 (10/98)                        CIVIL MINUTES - GENERAL